UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KEVIN ANTOINE MEJIA-ULLOA | CIVIL ACTION NO. 1:26-CV-02760 SEC P |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| MARKWAYNE MULLIN ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) filed by Petitioner Kevin Antoine Mejia-Ulloa ("Mejia-Ulloa"), an immigration detainee at the Winn Correctional Center in Winnfield, Louisiana.

Mejia-Ulloa "lived in the interior of the United States for nearly a decade without contact with immigration authorities." ECF No. 1 at 7. He was first encountered by ICE on June 9, 2026, when he was detained. *Id.* Mejia-Ulloa's case is like *Sosnava-Rodriguez*, 181 F.4th 608, 609 (5th Cir. 2026), being reheard en banc by the United States Court of Appeals for the Fifth Circuit.

To determine whether Mejia-Ulloa is entitled to relief, and in accordance with the Rules Governing Section 2254 Cases and Standing Order 1.74, THE CLERK IS DIRECTED to serve a copy of the Petition (ECF No. 1) and a copy of this Order on:

- the United States, the United States Attorney General, and DHS/ICE, through the United States Attorney for the Western District of Louisiana at its designated email address for service; and
- the Warden where Petitioner is detained, by first-class mail.

IT IS ORDERED that a response to the Petition be filed within **45 days** after electronic service of the Petition and this Order.

IT IS FURTHER ORDERED that Petitioner shall have **14 days** to reply.

After the record is complete and delays have run, the Court will determine if an evidentiary hearing is necessary. If not, a Report and Recommendation will be issued without further notice.

Signed at Alexandria, Louisiana on this 14th day of September, 2026.

JOSEPH H. L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE